UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-4

UNITED STATES OF AMERICA          )
                                  )
                v.                )          **ORDER**
                                  )          **(SEALED)**
JAMAL MONTA WATSON                )

This matter comes before the court on Defendant Jamal Watson's motion to seal [DE-616] as well as his letter response [DE-633] to the court's Order of November 4, 2014. Watson has now indicated the documents he believes contain sensitive information. The court has reviewed those documents and finds good cause to seal Docket Entries 371, 372, and 374. However, Docket Entries 370 and 373 contain no sensitive information pertaining to Watson. Therefore, Watson's motion to seal [DE-616] and his letter response [DE-633] are ALLOWED IN PART and DENIED IN PART. The Clerk of Court is DIRECTED to maintain Docket Entries 371, 372, and 374 under seal.

SO ORDERED.

This, the __ day of January, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge