IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JAMAL MONTA WATSON, | ) | |
| Defendant. | ) | |

This matter is before the court on Jamal Monta Watson's Motion to Amend Order with Special Instructions [DE-646]. In his motion, Watson requests that this court amend its January 28, 2015 Order so that it takes effect immediately with the special instruction that any release not occur prior to November 1, 2015.

On January 28, 2015, this court entered an order [DE-637] reducing Watson's sentence from 135 months to 121 months on Count Six, pursuant to a motion for sentence reduction under 18 U.S.C. § 3582(c)(2). The effective date of the order is November 1, 2015. [DE-637] at 1. The January 28, 2015 Order was based on the retroactive application of Amendment 782 to the United States Sentencing Guidelines, which pursuant to U.S.S.G. § 1B1.10(e)(1) is required to have an effective date of November 1, 2015, or later. U.S.S.G. § 1B1.10(e)(1) specifically states that the "court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later."

The court does not have the authority to allow the relief Watson has requested. Consequently, Watson's Motion to Amend Order with Special Instructions [DE-646] is DENIED.

SO ORDERED.

This, the 2nd day of April, 2015.

                                      JAMES C. FOX
                                      Senior United States District Judge