IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMAL MONTA WATSON, | ) | |
| Defendant. | ) | |

This matter is before the court on Jamal Monta Watson's letter motion [DE-819]. In his motion, Watson requests that his federal sentence be run concurrently with his state sentence. *Id.* at 1.

A review of Watson's Judgment reveals that this court imposed his sentence as follows: Term of 180 months on Count 6 and 120 months on Count 9 to be served concurrently. *This time is also to be served consecutively with any state charges the defendant is currently serving time for.* Judgment [DE-376] at 3.

As stated in the Judgment, Watson's federal sentence is to be served consecutive to any state sentence he was serving time for. Consequently, Watson's letter motion [DE-819] is DENIED.

SO ORDERED.

This, the 22 day of September, 2016.

*James C Fox*
JAMES C. FOX
Senior United States District Judge