UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-4FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMAL MONTA WATSON | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of the Glock Model 23 pistol serial number LSC419, by destruction, incapacitation, or other means in accordance with its regulations.

This the  16th  day of ___April_____, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge