UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAL MONTA WATSON | ORDER |

This matter comes before the Court on the Office of the Federal Public Defender's motion to continue the defendant's hearing. The Court has reviewed the motion. For the reasons stated therein, the revocation hearing in the above captioned matter is continued until Monday, June 24, 2019, at 9:30 a.m. at New Bern. The Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 22nd day of April, 2019.

LOUISE W. FLANAGAN
United States District Judge